UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAROLD J. LEGER AND WANDA LEGER

VERSUS                                                                CIVIL ACTION NO. 06-502-RET-DLD

EXXON MOBIL CORPORATION, ET AL.

AND

HAROLD J. LEGER AND WANDA LEGER

VERSUS                                                                CIVIL ACTION NO. 06-533-RET-DLD

EXXON MOBIL CORPORATION, ET AL.

## ORDER

Considering the foregoing Joint Motion To Dismiss Radiator Specialty Company With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the Joint Motion To Dismiss Radiator Specialty Company With Prejudice is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims and demands of Plaintiffs, Harold J. Leger and Wanda Leger, in the above-captioned matter be, and are hereby, DISMISSED against Radiator Specialty Company, with prejudice, each party to bear their own costs.

Baton Rouge, Louisiana this 13th day of May, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA