UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAROLD J. LEGER AND WANDA LEGER | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CA No. 06-CV-502-RET-DLD |
| VS | § | |
| | § | JUDGE: RALPH E. TYSON |
| EXXON MOBIL CORPORATION, individually | § | |
| and d/b/a Exxon Company, USA, ExxonMobil | § | MAGISTRATE: DALBY |
| Chemical, and "Varsol" branded | § | |
| products, et al | § | |

## ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(2)

Considering the foregoing motion,

IT IS ORDERED that Plaintiffs' claims and this action are hereby dismissed solely as to defendant Safety-Kleen Systems, Inc., without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

Baton Rouge, Louisiana, this 16th day of July, 2008.